DEUTSCHE LAND UND HEIM GESELLSCHAFT v. LESTER H. FISH.[2]

May 17, 1907.

Nos. 15,149—(44).

Action in the district court for Blue Earth county to recover a stock of goods or the value thereof and $300 damages for wrongful detention. The case was tried before Lorin Cray, J., and a jury, which rendered a verdict in favor of defendant. From an order denying a motion for judgment notwithstanding the verdict or for a new trial, plaintiff appealed. Affirmed.

[1] Reported in 111 N. W. 1134.      [2] Reported in 111 N. W. 1133.

*Pfau & Pfau, C. J. Laurisch* and *C. O. Dailey*, for appellant.

*W. R. & C. D. Geddes* and *Wm. F. Hughes*, for respondent.

PER CURIAM.

The only question presented in this case is whether, under the evidence, defendant had the right to rescind a contract for the exchange of his stock of goods for certain land owned by the plaintiff. An examination of the record leads to the conclusion that the question was properly submitted to the jury and that the evidence sustains the verdict.

Affirmed.